# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSE MARIE BRACHER, ) | 3:05-CV-680-HDM (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | March 13, 2006 |
| CHUGACH SUPPORT SERVICES, INC., ) an Alaska corporation, ) | |
| Defendant. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   GINA MUGNAINI          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The parties have failed to submit a Discovery Plan and Scheduling Order within the time required by Local Rule 26-1(d).

The parties have a period of five (5) days from receipt of this Minute Order within which to submit said Discovery Plan and Scheduling Order in compliance with Local Rule 26-1. If they fail to do so, the Clerk shall set a hearing to determine why the plan and order have not been timely submitted and to invoke sanctions, if appropriate.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:       /s/
            Deputy Clerk